UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LUNAN PHARMACEUTICAL GROUP CO. LTD., <br><br> Plaintiff / Counter-Defendant, <br><br> v. <br><br> LONG ZHAO, <br><br> Defendant / Counterclaimant. | Case No. 1:21-cv-10667-MJJ |

## MOTION TO RENEW SUMMARY JUDGMENT MOTION ON MS. ZHAO'S COUNTERLCAIM

On February 15, 2025, Ms. Zhao filed a Motion for Summary Judgment on her counter-claim under the Massachusetts Foreign Money Judgment Act, M.G.L. c. 235, §23A. (Docket #169). The parties fully briefed the issues. On April 11, 2025 (Docket No. #196), the Court denied Ms. Zhao's motion, **"WITHOUT PREJUDICE**, with the Court to revisit this claim after trial" (emphasis in original). The Court did not identify any material fact in dispute which required testimony or precluded summary judgment and defendant knows of none.

Prior to the trial on damages, the parties agreed that Ms. Zhao's Counterclaim was to be decided by the Court not by a jury. Defendant Zhao asks that the Court revisit its earlier ruling and determine whether it can now be decided without the need for another trial.

The trial on damages having been concluded, Ms. Zhao hereby renews her earlier motion for summary judgment on her Counterclaim. Should the Court determine that a bench trial is necessary to rule on all or part of her Counterclaim, Ms. Zhao requests that the Court schedule the trial at its earliest possible convenience.

## CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), I certify that I informed Lunan's counsel of the intent to file this Motion. Their response is attached. The parties are not able to agree that the Court should revisit its earlier summary judgment ruling and the defendant believes it is premature to enter into a joint request for a scheduling conference for another trial.

Dated: January 20, 2026

LONG ZHAO
By her attorneys,

/s/ Tracy A. Miner
Tracy A. Miner (BBO No. 547137)
MS Defenders LLP
101 Federal Street
Boston, MA 02110
Tel. (617) 202-5890
tminer@msdefenders.com

/s/ E. Peter Parker
E. Peter Parker
BBO No. 552720
Law Office of E Peter Parker
The Wheelhouse at Bradford Mill
33 Bradford St
Concord, MA  01742
(617) 742-9099
peter@parkerslaw.com

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on January 20, 2026.

/s/ Tracy A. Miner
Tracy A. Miner

## Tracy Miner

**From:** Voris, Dane <dvoris@cooley.com>
**Sent:** Monday, January 19, 2026 11:03 AM
**To:** Tracy Miner; Adam Gershenson; Cameron M. Hancock; Qiwei Chen
**Cc:** Peter Parker (peter@parkerslaw.com)
**Subject:** RE: Meet and Confer

Tracy –

We disagree with your suggestion that the Court "revisit" your summary judgment motion. The Court has already denied that motion, "with the Court to revisit this claim after trial." Doc. No. 196 at 4. We are aware of no basis for the Court to reconsider its denial, nor have you identified any in your email below. Unless and until you identify any such basis, no meet and confer on this issue has occurred, and any corresponding motion is procedurally improper. In any event, any motion for reconsideration is untimely.

When the parties filed their original joint pretrial memorandum following the Court's denial, both sides requested "the Court hear Zhao's counterclaim at the Court's convenience after the return of the jury's verdict." Doc. No. 201 at 7. Accordingly, we suggest the parties jointly request a status conference to address the format in which the Court would like to hear your client's counterclaim, and the timeline for the same. Given the number of witnesses involved, including several experts who reside in other countries, we will need to coordinate with the Court to identify a schedule that accounts for the Court's, the parties', and these witnesses' availabilities.

Please let us know if you agree with this approach, and we can work up a brief joint request. And happy to discuss tomorrow if you have questions.

Best,
Dane

Dane Voris
Cooley LLP
500 Boylston Street, 14th Floor
Boston, MA  02116-3736
+1 617 937 2395 office
dvoris@cooley.com
www.cooley.com

**From:** Tracy Miner <tminer@msdefenders.com>
**Sent:** Wednesday, January 14, 2026 10:45 AM
**To:** Voris, Dane <dvoris@cooley.com>; Adam Gershenson <adam.gershenson@weil.com>; Cameron M. Hancock <chancock@kmclaw.com>; Qiwei Chen <qchen@kmclaw.com>
**Cc:** Peter Parker (peter@parkerslaw.com) <peter@parkerslaw.com>
**Subject:** RE: Meet and Confer

Ok, but will plan on filing on Tuesday in any event.

1



**Tracy A. Miner**
Partner

101 Federal Street, Suite 650, Boston, MA 02110
tminer@msdefenders.com
617-202-5890      617-202-5893
msdefenders.com



**From:** Voris, Dane <dvoris@cooley.com>
**Sent:** Wednesday, January 14, 2026 10:43 AM
**To:** Tracy Miner <tminer@msdefenders.com>; Adam Gershenson <adam.gershenson@weil.com>; Cameron M. Hancock <chancock@kmclaw.com>; Qiwei Chen <qchen@kmclaw.com>
**Cc:** Peter Parker (peter@parkerslaw.com) <peter@parkerslaw.com>
**Subject:** RE: Meet and Confer

Tracy –

Thank you for your message. We will discuss internally and with our client, who is traveling this week, and revert as soon as possible.

Best,
Dane

Dane Voris
Cooley LLP
500 Boylston Street, 14th Floor
Boston, MA  02116-3736
+1 617 937 2395 office
dvoris@cooley.com
www.cooley.com

**From:** Tracy Miner <tminer@msdefenders.com>
**Sent:** Tuesday, January 13, 2026 2:22 PM
**To:** Adam Gershenson <adam.gershenson@weil.com>; Voris, Dane <dvoris@cooley.com>; Cameron M. Hancock <chancock@kmclaw.com>; Qiwei Chen <qchen@kmclaw.com>
**Cc:** Peter Parker (peter@parkerslaw.com) <peter@parkerslaw.com>
**Subject:** Meet and Confer

Now that the damages trial is complete, we are going to ask the Court to revisit our summary judgment motion on our counterclaim, as it indicated it would do in its Order of April 11, 2025 (docket # 196) or to schedule a bench trial on the counterclaim at its earliest convenience.

What is your position?



**Tracy A. Miner**
Partner

101 Federal Street, Suite 650, Boston, MA 02110
tminer@msdefenders.com
617-202-5890      617-202-5893
msdefenders.com