**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| LUNAN PHARMACEUTICAL GROUP CO. LTD., | ) ) ) ) | |
| Plaintiff / Counter-Defendant, | ) ) | |
| v. | ) ) | Civil Action No. 21-10667-MJJ |
| LONG ZHAO, | ) ) | |
| Defendant / Counterclaimant. | ) ) | |

**FINAL JUDGMENT**

April 28, 2026

JOUN, D.J.

Plaintiff/Counterclaim-Defendant Lunan Pharmaceutical Group Co. Ltd. ("Lunan") filed suit against Defendant/Counterclaim-Plaintiff Long Zhao ("Zhao") asserting claims for trade secret misappropriation in violation of both the Defend Trade Secrets Act of 2016, 18 U.S.C. § 1836 *et seq.* ("DTSA") and Mass. Gen. Laws ch. 93, §§ 42–42G (MUTSA") (collectively, the "Trade Secret Claims"), as well as violations of the Computer Fraud and Abuse Act, 18 U.S.C. §1030; tortious interference with contract; and unjust enrichment. [Doc. No. 25]. Zhao asserted one counterclaim for recognition of a foreign judgment pursuant to Mass. Gen. Laws ch. 235, § 23A. [Doc. No. 148].

The parties filed cross-motions for summary judgment. [Doc. Nos. 154, 169]. In the order dated April 11, 2025, [Doc. No. 196], summary judgment was entered in favor of Lunan and against Zhao on the Trade Secret Claims, and I declined to rule on Zhao's counterclaim until after

1

a trial on damages was had. *See* [Doc. No. 196]. After that summary judgment order was entered and before trial, Lunan voluntarily dismissed all claims save for the MUTSA claim. *See* [Doc. No. 223 at 3–4]. Following trial, on January 9, 2026, a jury returned a verdict for Lunan on its MUTSA finding: (1) that Lunan proved by a preponderance of the evidence that it suffered damages as a result of Zhao's trade secret misappropriation, and (2) that Zhao must fully and fairly compensate Lunan in the amount of $428,621.33 USD for her trade secret misappropriation, but (3) that Lunan did not prove by a preponderance of the evidence that Zhao's trade secret misappropriation was willful and malicious. [Doc. No. 253].

Zhao then filed a motion to renew her summary judgment motion on her counterclaim on January 20, 2026. [Doc. No. 256]. On April 27, 2026, summary judgment in favor of Zhao and against Lunan was entered on Zhao's counterclaim for recognition of a foreign judgment. [Doc. No. 261].

Pursuant to Rule 58 of the Federal Rules of Civil Procedures IT IS HEREBY ORDERED AND ADJUDGED that:

1.      Judgment is entered in favor of Lunan and against Zhao as to Lunan's claim for trade secret misappropriation in violation Mass. Gen. Laws ch. 93, §§ 42–42G, [Doc. No. 196];

2.      Judgment is entered in favor of Zhao and against Lunan as to Zhao's counterclaim for recognition of a foreign judgment, [Doc. No. 261];

3.      Lunan is awarded $428,621.33 USD in total damages resulting from Zhao's trade secret misappropriation, plus pre-judgment interest at a rate of 12%[1] and post-judgment interest at a rate of 3.49%; and

4.      The Court recognizes the BVI Judgments in accord with the April 27, 2026 ruling.

---

[1] Pursuant to Mass. Gen. Laws ch. 231, § 6B, a 12% per annum interest rate is added to damages in state law tort actions.

SO ORDERED.

/s/ Myong J. Joun
United States District Judge